JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant


LAW OFFICES OF ROBERT W. SNYDER
ROBERT W. SNYDER
15375 Barranca Parkway, Suite B-105
Irvine, CA 92618
Telephone: (949) 453-8688
Facsimile: (949) 453-8188
Email: rsnyder@rwsnyderlaw.com


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XUZHOU JINJIANG FOODSTUFFS CO., LTD., a foreign corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MITTELSTAEDT, GALAVIZ & MYLIN INC., a California corporation; M&S SHIPPING LTD., unknown entity; ABCO INTERNATIONAL FREIGHT (USA) INC., a Delaware corporation; PERSHING INC., a California corporation; UNITED STATES, DOES 1-100,<br><br>    Defendants. | No. 09-3218 PJH<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT UNITED STATES OF AMERICA |

STIP. & [PROP.] ORDER DISMISSING DEFENDANT UNITED STATES
C 09-3218 PJH

1. On or about July 15, 2009, plaintiff Xuzhou Jinjiang Food Stuffs Co., Ltd. filed suit against Mittelstaedt, Galaviz & Mylin Inc., M&S Shipping Ltd., Abco International Freight (USA) Inc., Pershing Inc., the United States of America ("the federal defendant") and DOES 1 through 100.

2. Defendants Mittelstaedt, Galaviz & Mylin Inc., M&S shipping Ltd., Abco International Freight (USA) Inc., and Pershing Inc. have not yet appeared in the above-captioned action. The federal defendant has made no prior appearance in the above-captioned action.

3. Plaintiff has asked the federal defendant to stipulate to the dismissal of the federal defendant and its claims against the federal defendant in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

4. Plaintiff and the federal defendant do not oppose the dismissal of the federal defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: August 24, 2009

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

JENNIFER S. WANG
Assistant United States Attorney
Attorneys for Federal Defendant

DATED: August 20, 2009

ROBERT W. SNYDER
Attorney for Plaintiff

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the federal defendant, the United States of America, is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

DATED: 8/27/09

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

