UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA ● OAKLAND

| | |
|---|---|
| XUZHOU JINJIANG FOODSTUFFS CO., LTD,<br><br>Plaintiff,<br><br>vs.<br><br>MITTELSTAEDT, GALAVIZ & MYLIN INC.; M&S SHIPPING LTD.; ABCO INTERNATIONAL FREIGHT (USA) INC.; PERSHING INC.; UNITED STATES; DOES 1-100,<br><br>Defendants. | Case No. CV 09-3218 PJH<br><br>The Hon. Phyllis J. Hamilton<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND ASSOCIATED DEADLINES |

The Stipulation Regarding Continuance of the Case Management Conference ("CMC") date and associated deadlines submitted by the parties is hereby GRANTED and the CMC date and associated deadlines are continued to the following dates:

CMC date: _January 7, 2010 at 2:00 p.m._

Meet and Confer deadline: _____

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE DATE AND ASSOCIATED DEADLINES – CV 09-3218 (PJH)

1  Filing of ADR stipulation or notice deadline: _____

2  IT IS SO ORDERED.

3

4  DATED: __10/7/09__

   _____
5  HONORABLE PHYLLIS J. HAMILTON
   JUDGE OF THE DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE DATE AND ASSOCIATED DEADLINES – CV 09-3218 (PJH)

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On September 29, 2009, I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND ASSOCIATED DEADLINES**

on the interested parties in this action:

**See attached Service List**

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** I hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s):

- Robert W. Snyder
- Cameron W. Roberts
- Jennifer S. Wang

☐ **(BY FEDERAL EXPRESS)** I am responsible for service by Federal Express to the above address with guaranteed delivery on _____.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 29, 2009, at Los Angeles, California.

Jolene R. Rice

1
CERTIFICATE OF SERVICE

**SERVICE LIST**

*Xuzhou Jinjiang Foodstuffs Co., Ltd. v. Mittelstaedt, Galaviz & Mylin, Inc., et. al.*
USDC – Northern, Case No. 09 CV 3218 (PJH)

| | |
|---|---|
| Robert W. Snyder, Esq.<br>Law Offices of Robert W. Snyder<br>15375 Barranca Parkway, Suite B-105<br>Irvine, California 92618<br><br>T:    949-453-8688<br>F:    949-453-8188<br>E-mail:   rsnyder@rwsnyderlaw.com | **Attorneys for Plaintiff,**<br>XUZHOU JINJIANG FOODSTUFFS CO., LTD. |
| Jennifer S. Wang, Esq.<br>United State's Attorney Office<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>T:    415-436-6967<br>F:    415-436-6748<br>E-mail:  jennifer.s.wang@usdoj.gov | **Attorneys for Defendant,**<br>UNITED STATES |
| Cameron W. Roberts, Esq.<br>Roberts & Kehagiaras, LLP<br>5777 W. Century Blvd., Ste. 1410<br>Los Angeles, California 90045<br><br>T:    310-642-9800<br>F:    310-868-2923<br>E-mail: cwr@tradeandcargo.com | **Attorneys for Defendant,**<br>MITTELSTAEDT, GALAVIZ & MYLIN, INC. |