UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA • OAKLAND

| | |
|---|---|
| XUZHOU JINJIANG FOODSTUFFS CO., LTD,<br><br>Plaintiff,<br><br>vs.<br><br>MITTELSTAEDT, GALAVIZ & MYLIN INC.; M&S SHIPPING LTD.; ABCO INTERNATIONAL FREIGHT (USA) INC.; PERSHING INC.; UNITED STATES; DOES 1-100,<br><br>Defendants. | Case No. CV 09-3218 PJH<br><br>The Hon. Phyllis J. Hamilton<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT, ABCO INTERNATIONAL FREIGHT (USA) INC. |

The Court, having considered the Stipulation for Dismissal with Prejudice of Defendant, ABCO INTERNATIONAL FREIGHT (USA) INC. ("ABCO"), and finding that good cause appears to grant the Stipulation,

///

///

1

1  HEREBY ORDERS that ABCO be and is hereby dismissed from the above-entitled
2  action with prejudice, each party to bear its own costs and attorneys' fees.

4  IT IS SO ORDERED.

6  DATED: 11/2/09



_____
J. HAMILTON
T COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On October 28, 2009, I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT, ABCO INTERNATIONAL FREIGHT (USA) INC.**

on the interested parties in this action:

**See attached Service List**

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** I hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s):

- Robert W. Snyder
- Cameron W. Roberts
- Jennifer S. Wang

☐ **(BY FEDERAL EXPRESS)** I am responsible for service by Federal Express to the above address with guaranteed delivery on _____.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 28, 2009, at Los Angeles, California.

_____
Jolene R. Rice

**SERVICE LIST**

*Xuzhou Jinjiang Foodstuffs Co., Ltd. v. Mittelstaedt, Galaviz & Mylin, Inc., et. al.*
USDC – Northern, Case No. 09 CV 3218 (PJH)

| | |
|---|---|
| Robert W. Snyder, Esq.<br>Law Offices of Robert W. Snyder<br>15375 Barranca Parkway, Suite B-105<br>Irvine, California 92618<br><br>T:     949-453-8688<br>F:     949-453-8188<br>E-mail:   rsnyder@rwsnyderlaw.com | **Attorneys for Plaintiff,**<br>XUZHOU JINJIANG FOODSTUFFS CO., LTD. |
| Jennifer S. Wang, Esq.<br>United State's Attorney Office<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>T:     415-436-6967<br>F:     415-436-6748<br>E-mail:   jennifer.s.wang@usdoj.gov | **Attorneys for Defendant,**<br>UNITED STATES |
| Cameron W. Roberts, Esq.<br>Roberts & Kehagiaras, LLP<br>5777 W. Century Blvd., Ste. 1410<br>Los Angeles, California 90045<br><br>T:     310-642-9800<br>F:     310-868-2923<br>E-mail: cwr@tradeandcargo.com | **Attorneys for Defendant,**<br>MITTELSTAEDT, GALAVIZ & MYLIN, INC. |