Robert W. Snyder SBN No.: 75064
Law Office of Robert W. Snyder
15375 Barranca Parkway, Suite B-105
Irvine, CA 92618
(949)453-8688
rsnyder@rwsnyderlaw.com

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Xuzhou Jinjiang Foodstuffs Co., Ltd., a
foreign corporation

CASE NUMBER: CV 09 3218 PJH

Plaintiff(s)

v.

Mittelstaedt, Galaviz & Mylin Inc., a California
corporation; M&S Shipping Ltd., unknown entity; Preshing
Inc., a California corporation;

Defendant(s)

### NOTICE OF DISMISSAL BY PLAINTIFF
Rule 41(a)(1) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

[X]  The above-entitled action is

    *or*

[ ]  Defendant(s) Mittelstaedt, Galaviz & Mylin Inc., a California corporation; M&S
Shipping Ltd., unknown entity; Preshing Inc., a California corporation;

are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 5, 2009

_____
Plaintiff / Attorney for Plaintiff
Xuzhou Jinjiang Foodstuffs Co., Ltd.

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

11/17/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**NOTICE OF DISMISSAL BY PLAINTIFF**
**(Rule 41(a)(1), F.R.Civ.P.)**

### PROOF OF SERVICE BY U.S. MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

       I am employed in the County of Santa Ana, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 15375 Barranca Parkway, Suite B-105 Irvine, California.

       On November 5, 2009 I served by regular U.S. Mail the foregoing document described as:

     **NOTICE OF DISMISSAL BY PLAIBNTIFF (Rule 41(a)(1), F.R.Civ.P)**

On the interested parties in this action:

__X__      by placing a true copy thereof in sealed envelopes addressed as stated on the attached mailing list:

#### See attached Service List

__X__      (ELECTRONICALLY) I hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant's):

          • Cameron W. Roberts

_____      (STATE) I declare under penalty of perjury that the above is true and correct.

__X__      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed on November 5, 2009 at Irvine, California.

Jerry Wang

## SERVICE LIST

*Xuzhou Jinjiang Foodstuffs Co., Ltd. V. Mittelstaedt, Galavis & Mylin, Inc., et. Al.*
*USDC- Northern, Case No.: 09 CV 3218 (PJH)*

**Attorneys for Defendant,**

Cameron W. Roberts, Esq.
Roberts & Kehagiaras, LLP
5777 W. Century Blvd., Ste. 1410
Los Angeles, California 90045

**Agent for Service,**

Peter Simmons
1391 Air Rail Ave. Ste 201
Virginia Beach, VA 23455

**Agent for Service,**

Bin Xu
1005 E. Las Tunas Drive Ste 201
San Gabriel, CA 91776